IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DAVID SHOCKLEY, § | |
| Plaintiff, § | |
| § | Civil Action No. 3:06-CV-0223-K |
| v. § | |
| § | |
| UNIVERSITY OF TEXAS § | |
| MEDICAL BRANCH, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **GRANTS** the motion to dismiss (doc. 73) filed by Defendant University of Texas Medical Branch (UTMB). Accordingly, UTMB is dismissed from this action.

**SO ORDERED.**

SIGNED this 18th day of February, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE