IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DAVID SHOCKLEY, | § |
| Plaintiff, | § § § |
| | § Civil Action No. 3:06-CV-0223-K |
| v. | § § |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, et al., | § § § |
| Defendants. | § § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. For the reasons stated therein, the Court **GRANTS** *Defendants UTMB, Bowers, Holbrook, and Judd's Motion for Summary Judgment* (doc. 75). Because there are no claims remaining against Defendants Bowers, Holbrook, and Judd, the Court dismisses them from this action.

SO ORDERED.

Signed: May 15th, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE