IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DAVID SHOCKLEY, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:06-CV-0223-K |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Valdez and McMillan's Motion for Summary Judgment* filed on December 23, 2008, is **GRANTED**, and *Plaintiff Shockley's Motion to Dismiss Defendants [sic] Motion for Summary Judgment* received on January 27, 2009, is **DENIED**. Defendant's Objections filed on February 17, 2009, are hereby **OVERRULED**.

SO ORDERED.

Signed this 9th day of March, 2009.

*/s/ Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE